UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Terrence Holden**  Docket No. 5:09-CR-148-1F

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Terrence Holden, who, upon an earlier plea of guilty to Possession With Intent to Distribute Marijuana and Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on February 1, 2010, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrence Holden was released from custody on August 30, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 22, 2014, in Nash County, North Carolina, Holden was charged with Possession of Marijuana Up to 1/2 Ounce and Possession of Drug Paraphernalia (14CR2138). On February 16, 2015, in the Nash County District Court, the charges were dismissed "in the interest of justice" after the defendant completed 12 hours of community service.

On October 16, 2014, in Edgecombe County, North Carolina, the defendant was charged with Misdemeanor Larceny (14CR53154) with an offense date of October 11, 2014. This charge is still pending in the Edgecombe County District Court.

Additionally, on October 16, 2014, in Nash County, North Carolina, Holden was charged with Possession of Marijuana Up to 1/2 Ounce (14CR2542). On April 20, 2015, in the Nash County District Court, the charge was dismissed "in the interest of justice" after the defendant completed 12 hours of community service.

Lastly, on May 1, 2015, in Edgecombe County, North Carolina, the defendant was charged with Possession of Marijuana Up to ½ Ounce (15CR397). The charge is still pending in the Edgecombe County District Court.

In view of the defendant's continued involvement in criminal conduct, this probation officer recommends that the defendant adhere to a curfew as directed by the probation officer. It is also recommended that this curfew be monitored by GPS monitoring equipment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Terrence Holden
Docket No. 5:09-CR-148-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 919-861-8686 |
| | Executed On: May 26, 2015 |

### ORDER OF THE COURT

Considered and ordered this _26_ day of _May_, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge